UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NORMA I. VALDEZ,<br>    *Plaintiff*<br><br>v.<br><br>DOLLAR GENERAL CORPORATION<br>D/B/A DOLLAR GENERAL STORE<br>#19618<br>    *Defendant* | §<br>§<br>§<br>§    CIVIL ACTION NO. 7:21-cv-292<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT DOLLAR GENERAL CORPORATION
D/B/A DOLLAR GENERAL STORE #19618'S
ORIGINAL ANSWER TO PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION**

Defendant Dollar General Corporation D/B/A Dollar General Store #19618 ("Dollar General"), hereby files its Original Answer to Plaintiff's First Amended Original Petition as follows:

**I.**
**ANSWER TO PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION**

**I.    DISCOVERY CONTROL PLAN LEVEL**

1.    There are no allegations in paragraph 1 of Plaintiff's First Amended Original Petition, which require a response. Defendant avers that discovery in this case will be subject to the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Texas, and the orders of this Court.

**II.    PARTIES AND SERVICE**

2.    Upon information and belief, Defendant admits the allegations contained in paragraph 2 of Plaintiff's First Amended Original Petition.

3. Upon information and belief, Defendant admits the allegations contained in paragraph 3 of Plaintiff's First Amended Original Petition.

4. Defendant admits it has been served with process of this suit as alleged in paragraph 4 of Plaintiff's First Amended Original Petition. Defendant avers that it is a foreign corporation incorporated under the laws of the State of Kentucky and its principal place of business is at 100 Mission Ridge, Goodlettsville, Tennessee 37072. Accordingly, Dollar General is a citizen of Kentucky.

### III.     JURISDICTION AND VENUE

5. Defendant denies that the District Court of Hidalgo County has jurisdiction over this cause of action as there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

6. There are no allegations in paragraph 6 of Plaintiff's First Amended Original Petition, which require a response.

7. Defendant denies that the District Court of Hidalgo County has jurisdiction over the parties because there is complete diversity between the parties. More specifically, Defendant avers that it is a foreign corporation incorporated under the laws of the State of Kentucky and its principal place of business is at 100 Mission Ridge, Goodlettsville, Tennessee 37072. Accordingly, Dollar General is a citizen of Kentucky, and not a citizen of Texas.

8. Defendant denies that the District Court of Hidalgo County is the proper venue for this cause of action as there is complete diversity between the parties and the amount in controversy exceeds $75,000.00. Defendant avers that the Southern District of Texas, McAllen Division is the proper venue.

## IV.   FACTS

9. Defendant admits the allegations contained in paragraph 9 of Defendant's First Amended Original Petition.

10. Defendant denies the allegations contained in paragraph 10 of Plaintiff's First Amended Original Petition.

11. Defendant denies the allegations contained in paragraph 11 of Plaintiff's First Amended Original Petition.

12. Defendant denies the allegations contained in paragraph 12 of Plaintiff's First Amended Original Petition.

## V.   LIABILITY OF DEFENDANT DOLLAR GENERAL

13. Defendant admits the allegations contained in paragraph 13 of Defendant's First Amended Original Petition.

14. Defendant denies the allegations contained in paragraph 14 of Plaintiff's First Amended Original Petition.

15. Defendant denies the allegations contained in paragraph 15 of Plaintiff's First Amended Original Petition.

16. Defendant denies the allegations contained in paragraph 16 of Plaintiff's First Amended Original Petition.

17. Defendant denies the allegations contained in paragraph 17 of Plaintiff's First Amended Original Petition.

   A. Defendant denies the allegation contained in subpart (A) of paragraph 17 of Plaintiff's First Amended Original Petition.

   B. Defendant denies the allegation contained in subpart (B) of paragraph 17 of Plaintiff's First Amended Original Petition.

C. Defendant denies the allegation contained in subpart (C) of paragraph 17 of Plaintiff's First Amended Original Petition.

D. Defendant denies the allegation contained in subpart (D) of paragraph 17 of Plaintiff's First Amended Original Petition.

E. Defendant denies the allegation contained in subpart (E) of paragraph 17 of Plaintiff's First Amended Original Petition.

F. Defendant denies the allegation contained in subpart (F) of paragraph 17 of Plaintiff's First Amended Original Petition.

## VI.   PROXIMATE CAUSE

18. Defendant denies the allegations contained in paragraph 18 of Plaintiff's First Amended Original Petition.

## VII.   DAMAGES FOR PLAINTIFF, NORMA I. VALDEZ

19. Defendant denies the allegations contained in paragraph 19 of Plaintiff's First Amended Original Petition.

20. Defendant denies the allegations contained in paragraph 20 subparts A – I of Plaintiff's First Amended Original Petition.

21. Defendant denies the allegations contained in paragraph 21 of Plaintiff's First Amended Original Petition.

## VIII.   PRAYER

22. Defendant denies Plaintiff is entitled to the relief requested in the final paragraph of Plaintiff's First Amended Original Petition.

WHEREFORE, PREMISES CONSIDERED, Defendant Dollar General Corporation D/B/A Dollar General Store #19618 respectfully prays that Plaintiff's claims be dismissed, that Plaintiff take nothing by way of her claims against Defendant, that Defendant receive such other and further relief, general or special, at law or in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

**VALDEZ & TREVIÑO, ATTORNEYS AT LAW, P.C.**

Callaghan Tower
8023 Vantage Drive, Suite 700
San Antonio, Texas 78230
Telephone:     (210) 598–8686
Facsimile:      (210) 598–8797

*/s/ Brittany M. Passdar-Shirazi*
**Jose "JJ" Trevino, Jr.**
State Bar No.24051446
jtrevino@valdeztrevino.com
**Brittany M. Passdar-Shirazi**
State Bar No. 24089611
bpassdar-shirazi@valdeztrevino.com
***Attorneys for Defendant Dollar General Corporation d/b/a Dollar General Store #19618***

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing instrument was filed via the Court's *ECF system* and caused to be served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on August 9, 2021:

Marcus C. Barrera
BARRERA, SANCHEZ & ASSOCIATES, P.C.
10113 North 10th Street, Suite A
McAllen, TX 78504
Tel. (956) 287-7555
Fax. (956) 287-7711

                */s/ Brittany M. Passdar-Shirazi*
                **Brittany M. Passdar-Shirazi**